# United States Court of Appeals
## For the First Circuit

Nos. 12-1289, 12-1290

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN BRAVO FERNANDEZ; HECTOR MARTÍNEZ MALDONADO,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on June 26, 2013 is amended as follows:

On page 8, footnote 4, line 8:  replace "November 2013" with "November 2012"